UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH A. HENDRICKS,
DIANE M. HENDRICKS, &
AMFINITY CAPITAL, LLC,

        Plaintiffs,

v.                           Case No.: 8:07-cv-661-T17EAJ

MIRABILIS VENTURES, INC.,
PRESIDION CORPORATION,
PRESIDION SOLUTIONS, INC.,
CRAIG A. VANDERBERG,
JAMES E. BAIERS, &
JOHN W. BURCHAM, II.

        Defendants.
_____

**UNOPPOSED MOTION FOR WITHDRAWAL**
**AND SUBSTITUTION OF COUNSEL**

Mirabilis Ventures, Inc. ("Mirabilis"), through undersigned counsel and pursuant to Middle District of Florida, Local Rule 2.03(b), and R. Regulating Fla. Bar 4.1-16, hereby moves this Honorable Court for an Order withdrawing the law firm of Bavol Judge P.A. ("Bavol Judge") as counsel of record for Mirabilis, and substituting Aaron C. Bates, in-house counsel for Mirabilis, as its counsel of record. In support of its Motion, Mirabilis states as follows:

1.        Bavol Judge, P.A. currently represents Mirabilis.

2.        On May 30, 2007, at the time Mirabilis filed its Answer and Affirmative Defenses to Plaintiffs' Amended Complaint, in-house counsel for Mirabilis, Aaron C. Bates, was not admitted to practice law before this Honorable Court. Since that time, Mr. Bates'

Application for Expedited General Admission to the bar of the U.S. District Court for the Middle District of Florida has been granted.

3. Consequently, as indicated in its Answer and Affirmative Defenses, Mirabilis now seeks to substitute Mr. Bates as counsel of record.

4. In accordance with R. Regulating Fla. Bar 4-1.16, Bavol Judge may withdraw as counsel without material adverse effect on the interests of Mirabilis.

5. In accordance with Local Rule 3.01(g) of the United States District Court for the Middle District of Florida, undersigned counsel has conferred with all other counsel who have no objection to this motion.

WHEREFORE, Defendant Mirabilis respectfully requests that this Court enter an Order withdrawing the law firm of Bavol Judge P.A. ("Bavol Judge") as counsel of record for Mirabilis, and substituting Aaron C. Bates, in-house counsel for Mirabilis, as its counsel of record.

Dated: June 19, 2007.

    Respectfully submitted,

    BAVOL JUDGE, P.A.

    /s/ William J. Judge, Jr.
    Charles D. Bavol (FBN: 776701)
    William J. Judge, Jr. (FBN: 426296)
    David I. Wynne, Jr. (FBN: 0326290)
    400 N. Ashley Drive, Suite 2500
    P. O. Box 1440
    Tampa, Florida  33601-1440
    Telephone: (813) 221-7111
    Facsimile: (813) 221-7112
    cbavol@bavoljudge.com
    bjudge@bavoljudge.com
    dwynne@bavoljudge.com
    Trial Counsel for Defendant Mirabilis Ventures, Inc.

And By:

Aaron C. Bates (FBN: 0011749)
200 South Orange Avenue
Suite 2800
Orlando, FL  32801
Telephone: (407) 517-7779
Facsimile: (407) 454-5102
abates@mirabilisventures.com
Counsel for Defendant Mirabilis Ventures, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 19, 2007**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**
**Kenneth A. Hendricks, et al v. Mirabilis Ventures, Inc., et al**
**Case No. 8:07cv661-T 17EAJ**
**United States District Court, Middle District of Florida**

- Charles A. Carlson, Esq.
  (FBN: 716286)
  Barnett Bolt Kirkwood Long & McBride
  P.O. Box 3287
  Tampa, FL  33601-3287
  813-253-2020
  813-251-6711 Facsimile
  CCarlson@barnettbolt.com
  Florida Counsel for Plaintiffs

  Served via transmission of Notices of Electronic Filing generated by CM/ECF.

**SERVICE LIST**
**Kenneth A. Hendricks, et al v. Mirabilis Ventures, Inc., et al**
**Case No. 8:07cv661-T 17EAJ**
**United States District Court, Middle District of Florida**

- Morris J. "Mo" Brooks, Jr., Esq.
  Leo & Brooks, LLC
  200 Randolph Avenue, Suite 200
  Huntsville, AL  35801
  256-539-6000
  256-539-6024 Facsimile
  mbrooks@leo-law.com
  Trial Counsel for Plaintiffs

  Served via U.S. Mail.

- Aaron C. Bates, Esq.
  200 South Orange Avenue, 28th Floor
  Orlando, FL  32801
  Trial Counsel for Defendant, Mirabilis Ventures, Inc.

  Served via U.S. Mail

- J. Scott Gunn, Esq.
  One Financial Plaza
  100 Southeast Third Avenue, Ste. 2500
  Fort Lauderdale, FL  33394
  (954) 462-1323
  (954) 462-1335 Facsimile
  Trial Counsel for Defendant, John W. Burcham II

  Served via U. S. Mail

## SERVICE LIST
### Kenneth A. Hendricks, et al v. Mirabilis Ventures, Inc., et al
### Case No. 8:07cv661-T 17EAJ
### United States District Court, Middle District of Florida

- Charles D. Bavol, Esq.
  William J. Judge, Jr., Esq.
  David I. Wynne, Esq.
  Bavol Judge, P.A.
  400 N. Ashley St., Suite 2500
  Tampa, FL 33602
  813-221-7111
  813-221-711s Facsimile
  cbavol@bavoljudge.com
  bjudge@bavoljudge.com
  dwynne@bavoljudge.com
  Trial Counsel for Defendants, Presidion Corporation, Presidion Solutions, Inc., Craig A. Vanderburg and James E. Baiers

  Served via transmission of Notices of Electronic Filing generated by CM/ECF.