IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:07-CV-661-T-17EAJ

KENNETH A. HENDRICKS,
DIANE M. HENDRICKS, and
AMFINITY CAPITAL, LLC,

    Plaintiffs,

vs.

MIRABILIS VENTURES, INC.,
PRESIDION CORPORATION,
PRESIDION SOLUTIONS, INC.
CRAIG A. VANDERBURG,
JAMES E. BAIERS, and
JOHN W. BURCHAM, II,

    Defendants.
_____/

## AMENDED NOTICE OF APPEARANCE

The undersigned counsel, AARON C. BATES, hereby files this Amended Notice of Appearance as counsel for Defendant, Mirabilis Ventures, Inc., and hereby requests that he receive all notices and papers in this case, including any notices required to be served and that all such notices and papers shall be served at the new address indicated below:

    Goldberg Bates, PLLC
    Attn: Aaron C. Bates, Esq.
    3660 Maguire Boulevard
    Suite 102
    Orlando, FL  32803
    Telephone: (407) 893-3776
    Facsimile: (407) 893- 3779

Respectfully Submitted,

MIRABILIS VENTURES, INC.

/s/ Aaron C. Bates
By: Counsel

Counsel:

Aaron C. Bates, Esq.
Goldberg Bates, PLLC
3660 Maguire Boulevard
Suite 102
Orlando, FL 32803
Telephone: (407) 893-3776
Facsimile: (407) 893- 3779
Email: abates@goldbergbates.com
FL. Bar No.: 0011749

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served this 3th day of July 2007, electronically and/or by mailing a copy via the U. S. Postal Service, first class mail, postage prepaid, to:

Charles A. Carlson, Esq.
Post Office Box 3287
Tampa, FL 33601-3287

and

Morris J. Brooks, Jr., Esq.
200 Randolph Avenue
Suite 200
Huntsville, Alabama 35801
*Counsel for the Plaintiffs*

William J. Judge Jr., Esq.
Post Office Box 1440
Tampa, FL 33601-1440
*Counsel for Presidion Corporation,
Presidion Solutions, Inc., Craig A.
Vanderberg and James E. Baiers*

J. Scott Gunn, Esq.
Bank of America Tower
1 Financial Plaza, Suite 2500
Ft. Lauderdale, FL 33394-0002
*Counsel for John W. Burcham II*

/s/ Aaron C. Bates
Aaron C. Bates