IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH A. HENDRICKS,
DIANE M. HENDRICKS, &
AMFINITY CAPITAL, LLC,

CASE NO: 8:07CV 661-Y 17EAJ

Plaintiffs,

v.

MIRABILIS VENTURES, INC., PRESIDION
CORPORATION, PRESIDION SOLUTIONS,
INC., CRAIG A. VANDERBURG, JAMES
E. BAIERS, AND JOHN W. BURCHAM, II,
Defendants.
_____/

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, Presidion Solutions, Inc., requests the Court approve the substitution of Mateer & Harbert, P.A. for Bavol Judge, P.A. as attorneys of record for Defendant, Presidion Solutions, Inc.

Dated this 25th day of September, 2007.

_____  9/25/07
William J. Judge, Jr.
Florida Bar No. 426296
Bavol Judge, P.A.
400 N. Ashley Drive, Suite 2500
P.O. Box 1440
Tampa, Florida 33601
Telephone: 813-221-7111
Facsimile: 813-221-7112

_____
KURT E. THALWITZER
Florida Bar Number 816299
JAMES R. LUSSIER
Florida Bar Number 362735
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016