**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KENNETH A. HENDRICKS,**
**DIANE M. HENDRICKS, and**
**AMFINITY CAPITAL, LLC,**

      **Plaintiffs,**

vs.    **CASE NO.: 8:07-CV-661-T-17EAJ**

**MIRABILIS VENTURES, INC.,**
**PRESIDION CORPORATION,**
**PRESIDION SOLUTIONS, INC.**
**CRAIG A. VANDERBURG,**
**JAMES E. BAIERS, and**
**JOHN W. BURCHAM, II,**

      **Defendants.**

## NOTICE OF APPEARANCE

J. Russell Campbell of Balch & Bingham LLP hereby gives notice of his appearance on behalf of Mirabilis Ventures, Inc. in the above styled matter. The Court and opposing counsel are requested to include J. Russell Campbell in service and distribution of all pleadings, motions and orders filed or entered herein.

Respectfully submitted this the 16 day of October, 2007.

                          s/J. Russell Campbell
                          Counsel for Defendant Mirabilis Ventures, Inc.

936406.1

**Of Counsel:**

Aaron C. Bates, Esq.
Goldberg Bates, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL  32803
Telephone: (407) 893-3776
Facsimile: (407) 893-3779
abates@goldbergbates.com

J. Russell Campbell
BALCH & BINGHAM LLP
Florida Bar No. 901423
1710 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 226-3438
Facsimile: (205) 488-5859
rcampbell@balch.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 16, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List.

                                        s/J. Russell Campbell
                                        Aaron C. Bates

936406.1

## SERVICE LIST

LEO AND ASSOCIATES
Morris J. Brooks, Jr., Esq.
200 Randolph Avenue
Suite 200
Huntsville, AL 35801
(256) 539-6000
(256) 539-6024 – Facsimile
mbrooks@leo-law.com

Trial Counsel for Plaintiffs

BAVOL JUDGE, P.A.
William J. Judge, Jr., Esq.
Florida Bar # 426296
Post Office Box 1440
Tampa, FL 33601-1440
(813) 221-7111
(813) 221-7112 – Facsimile
BillJudge@BavolJudge.com

Attorneys for Presidion Corporation, Craig A. Vanderburg and James E. Baiers

MATEER & HARBERT, P.A.
Kurt E. Thalwitzer
Florida Bar # 816299
220 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, FL 32802-2854
(407) 425-9044
(407) 423-2016 – Facsimile
kthalwitzer@mateerharbert.com

Attorneys for Presidion Solutions, Inc.

BARNETT, BOLT, KIRKWOOD, LONG & MCBRIDE
Charles A. Carlson, Esq.
Florida Bar # 716286
Post Office Box 3287
Tampa, FL 33601-3287
(813) 253-2020
(813) 251-6711 – Facsimile
ccarlson@barnettbolt.com

Local Counsel for Plaintiffs

J. SCOTT GUNN, P.A.
J. Scott Gunn, Esq.
Florida Bar # 984035
Bank of America Tower
1 Financial Plaza, Suite 2500
Ft. Lauderdale, FL 33394-0002
(954) 462-1323
(954) 462-1335 – Facsimile
scott@jscottgunn.com

Attorneys for John W. Burcham II