IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH A. HENDRICKS,
DIANE M. HENDRICKS, and
AMFINITY CAPITAL, LLC,

       Plaintiffs,

vs.                                    CASE NO.: 8:07-CV-661-T-17EAJ

MIRABILIS VENTURES, INC.,
PRESIDION CORPORATION,
PRESIDION SOLUTIONS, INC.
CRAIG A. VANDERBURG,
JAMES E. BAIERS, and
JOHN W. BURCHAM, II,

       Defendants.

_____

## AQMI STRATEGY CORPORATION'S OBJECTIONS TO AND MOTION TO MODIFY THIRD-PARTY SUBPOENA WITH MEMORANDUM IN SUPPORT

Pursuant to Federal Rule of Civil Procedure 45(c), AQMI Strategy Corporation ("AQMI") objects and responds as follows to the third-party subpoena of Plaintiffs in the above-styled case:

### OBJECTIONS AND MOTION TO MODIFY

1.     AQMI objects to having been served with this subpoena by delivery to a private mailbox, especially in light of the fact that AQMI maintains an agent for service of process in Orlando, Florida and within 100 miles of this Court. Due to the method of service, AQMI has not been properly served under the Federal Rules of Civil Procedure. The subpoena in question was not placed in AQMI's private mailbox until November 5, 2007, and AQMI did not learn of

it until several days later.  Since the subpoena demanded document production by November 20, 2007, AQMI was afforded less than fifteen (15) days at best to respond.

2.      AQMI objects to the individual subpoena requests on the basis that they are overbroad to the extent they request "all" documents between various companies or persons. AQMI is more than willing to revisit these requests if they are reasonably limited in scope.

3.      Pursuant to Local Rule 3.01(g), counsel for AQMI has attempted to reach Mr. Charles Carlson, counsel for the Plaintiffs, but was unable to reach him and resolve the current issue before the Court.

4.      Despite these objections, AQMI is in the process of retrieving its documents from storage and will then be able to review them for responsive, non-privileged documents in its possession.  Until that time, AQMI is unable to produce the requested documents.  It is expected that this process will take until the end of December, 2007.

5.      AQMI requests the Court require proper service and modify the subpoena of the Plaintiffs to allow sufficient time for AQMI to retrieve its documents and review them for production purposes.  This process is being performed in the most expedited manner possible.

6.      A district court is entitled to broad discretion in managing pretrial discovery matters. *See Klay v. All Defendants*, 425 F.3d 977, 981 (11th Cir. 2005).

7.      "Federal Rule of Civil Procedure 45(b) allows a court to 'quash or modify the subpoena if it is unreasonable and oppressive.'" *Ariel v. Jones*, 693 F.2d 1058, 1060 (11th Cir. 1982).  The Plaintiffs' subpoena, while also improperly served, is unreasonable in that it does not provide sufficient time for AQMI to respond.

942799.1

WHEREFORE, AQMI requests the Court require proper service of the subpoena and modify the subpoena in question to allow Wellington the requested time to retrieve and review its documents.

Dated this 20th day of November, 2007.

Respectfully submitted,

s/ Aaron C. Bates
By: Counsel for AQMI Strategy Corporation

**Of Counsel:**

| | |
|---|---|
| Aaron C. Bates, Esq.<br>GOLDBERG BATES, PLLC<br>Florida Bar No. 011749<br>3660 Maguire Boulevard<br>Suite 102<br>Orlando, FL  32803<br>Telephone: (407) 893-3776<br>Facsimile: (407) 893-3779<br>abates@goldbergbates.com | |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served this 20th day of November 2007, by facsimile and by mailing a copy via the U. S. Postal Service, first class mail, postage prepaid to:

LEO AND ASSOCIATES
Morris J. Brooks, Jr., Esq.
200 Randolph Avenue
Suite 200
Huntsville, AL 35801
(256) 539-6000
(256) 539-6024 – Facsimile
mbrooks@leo-law.com

Trial Counsel for Plaintiffs

BARNETT, BOLT, KIRKWOOD, LONG & MCBRIDE
Charles A. Carlson, Esq.
Florida Bar # 716286
Post Office Box 3287
Tampa, FL 33601-3287
(813) 253-2020
(813) 251-6711 – Facsimile
ccarlson@barnettbolt.com

Local Counsel for Plaintiffs

942799.1

BAVOL JUDGE, P.A.
William J. Judge, Jr., Esq.
Florida Bar # 426296
Post Office Box 1440
Tampa, FL 33601-1440
(813) 221-7111
(813) 221-7112 – Facsimile
BillJudge@BavolJudge.com

Attorneys for Presidion Corporation, Craig A.
Vanderburg and James E. Baiers


MATEER & HARBERT, P.A.
Kurt E. Thalwitzer
Florida Bar # 816299
220 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, FL 32802-2854
(407) 425-9044
(407) 423-2016 – Facsimile

Attorneys for Presidion Solutions, Inc.

Aaron C. Bates, Esq.
GOLDBERG BATES, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL 32803
Telephone: (407) 893-3776
Facsimile: (407) 893-3779
abates@goldbergbates.com

J. Russ Campbell
BALCH & BINGHAM LLP
Florida Bar No. 901423
1710 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 226-3438
Facsimile: (205) 488-5859
rcampbell@balch.com

Attorneys for Mirabilis Ventures, Inc.

John Burcham, II,
34 Isla Bahia Drive
Ft. Lauderdale, FL 33316
(954)270-9900

*Pro Se* Defendant


s/ Aaron C. Bates
Aaron C. Bates, Esq.