**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KENNETH A. HENDRICKS,
DIANE M. HENDRICKS, and
AMFINITY CAPITAL, LLC,**

      **Plaintiffs,**

vs.     CASE NO.: 8:07-CV-661-T-17EAJ

**MIRABILIS VENTURES, INC.,
PRESIDION CORPORATION,
PRESIDION SOLUTIONS, INC.
CRAIG A. VANDERBURG,
JAMES E. BAIERS, and
JOHN W. BURCHAM, II,**

      **Defendants.**

_____

**WELLINGTON CAPITAL GROUP, INC.'S OBJECTIONS TO AND MOTION TO MODIFY THIRD-PARTY SUBPOENA WITH MEMORANDUM IN SUPPORT**

Pursuant to Federal Rule of Civil Procedure 45(c)(2) and (3), Wellington Capital Group, Inc. ("Wellington") objects and responds as follows to the third-party subpoena of Plaintiffs in the above-styled case:

**OBJECTIONS AND MOTION TO MODIFY**

1.    Wellington objects to having been served with this subpoena by mailing to a private mailbox, especially in light of the fact that Wellington maintains an agent for service of process. Due to the method of service, Wellington has not been properly served under the Federal Rules of Civil Procedure. The subpoena in question was not placed in Wellington's private mailbox until November 9, 2007, and Wellington did not learn of it until recently. Since

the subpoena demanded document production by November 20, 2007, Wellington was afforded less than eleven (11) days at best to respond.

2.  Wellington objects to the individual subpoena requests on the basis that they are overbroad to the extent they request "all" documents between various companies or persons. Wellington is more than willing to revisit these requests if they are reasonably limited in scope.

3.  Counsel for Wellington has attempted to contact opposing counsel in an effort to resolve these issues with opposing counsel but was unable to reach a mutually agreeable conclusion before the deadline contained in the subpoenas.

4.  Despite these objections, Wellington is in the process of retrieving its documents from storage and will then be able to review them for responsive, non-privileged documents in its possession. Until that time, Wellington is unable to produce the requested documents. It is expected that this process will take until the end of December, 2007.

5.  Wellington requests the Court require proper service and modify the subpoena of the Plaintiffs to allow sufficient time for Wellington to retrieve its documents and review them for production purposes. This process is being performed in the most expedited manner possible.

6.  A district court is entitled to broad discretion in managing pretrial discovery matters. *See Klay v. All Defendants*, 425 F.3d 977, 981 (11th Cir. 2005).

7.  "Federal Rule of Civil Procedure 45(b) allows a court to 'quash or modify the subpoena if it is unreasonable and oppressive.'" *Ariel v. Jones*, 693 F.2d 1058, 1060 (11th Cir. 1982). The Plaintiffs' subpoena, while also improperly served, is unreasonable in that it does not provide sufficient time for Wellington to respond.

WHEREFORE, Wellington requests the Court require proper service of the subpoena and modify the subpoena in question to allow Wellington the requested time to retrieve, review, and produce its documents.

Respectfully submitted,

Dated this 20th day of November, 2007.

/s/ John D. Hanebrink
By: Counsel for Wellington Capital Group, Inc.

**Of Counsel:**

| MATEER & HARBERT, P.A.<br>Kurt E. Thalwitzer<br>Florida Bar # 816299<br>John D. Hanebrink<br>Florida Bar #0010108<br>220 East Robinson Street, Suite 600<br>Post Office Box 2854<br>Orlando, FL 32802-2854<br>(407) 425-9044<br>(407) 423-2016 – Facsimile | |

## CERTIFICATE OF GOOD FAITH

The undersigned attorney for Wellington Capital Group, Inc. hereby certifies that pursuant to Local Rule 3.01(g), he has attempted to confer with Charles Carlson, Esq., local counsel for Plaintiffs, in an attempt to resolve the issues raised herein, but was unable to reach Mr. Carlson. Undersigned counsel will contact Mr. Carlson expeditiously after filing this Motion and will supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented in the motion.

/s/ John D. Hanebrink
JOHN D. HANEBRINK

Case 8:07-cv-00661-VMC-AEP   Document 54   Filed 11/20/2007   Page 4 of 4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2007, I faxed, and electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing, to all parties named on the attached Service List.

/s/ John D. Hanebrink
JOHN D. HANEBRINK

| | |
|---|---|
| LEO AND ASSOCIATES<br>Morris J. Brooks, Jr., Esq.<br>200 Randolph Avenue<br>Suite 200<br>Huntsville, AL 35801<br>(256) 539-6000<br>(256) 539-6024 – Facsimile<br>mbrooks@leo-law.com<br><br>Trial Counsel for Plaintiffs<br><br>BAVOL JUDGE, P.A.<br>William J. Judge, Jr., Esq.<br>Florida Bar # 426296<br>Post Office Box 1440<br>Tampa, FL 33601-1440<br>(813) 221-7111<br>(813) 221-7112 – Facsimile<br>BillJudge@BavolJudge.com<br><br>Attorneys for Presidion Corporation, Craig A. Vanderburg and James E. Baiers<br><br>Aaron C. Bates, Esq.<br>GOLDBERG BATES, PLLC<br>Florida Bar No. 011749<br>3660 Maguire Boulevard<br>Suite 102<br>Orlando, FL 32803<br>Telephone: (407) 893-3776<br>Facsimile: (407) 893-3779<br>abates@goldbergbates.com<br><br>Attorney for Mirabilis Ventures, Inc. | BARNETT, BOLT, KIRKWOOD, LONG & MCBRIDE<br>Charles A. Carlson, Esq.<br>Florida Bar # 716286<br>Post Office Box 3287<br>Tampa, FL 33601-3287<br>(813) 253-2020<br>(813) 251-6711 – Facsimile<br>ccarlson@barnettbolt.com<br><br>Local Counsel for Plaintiffs<br><br><br><br>John W. Burcham, II<br>34 Isla Bahia Drive.<br>Ft. Lauderdale, FL 33316<br> (954) 270-1990<br><br>*Pro se* Defendant (received service by US Mail)<br><br><br><br>J. Russ Campbell<br>BALCH & BINGHAM LLP<br>Florida Bar No. 901423<br>1710 Sixth Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 226-3438<br>Facsimile: (205) 488-5859<br>rcampbell@balch.com<br><br>Attorney for Mirabilis Ventures, Inc. |

4

H:\Thalwitzer, K\Presidion Solutions, Inc\Hendricks, Kenneth A & Diane M - Amfinity Capital, LLC\Wellington Motion to Modify Subpoena.DOC