IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH A. HENDRICKS,
DIANE M. HENDRICKS, and
AMFINITY CAPITAL, LLC,

      Plaintiffs,

vs.                                      CASE NO.: 8:07-CV-661-T-17EAJ

MIRABILIS VENTURES, INC.,
PRESIDION CORPORATION,
PRESIDION SOLUTIONS, INC.
CRAIG A. VANDERBURG,
JAMES E. BAIERS, and
JOHN W. BURCHAM, II,

      Defendants.

## UNOPPOSED MOTION TO WITHDRAW AQMI STRATEGY CORPORATION'S OBJECTIONS TO AND MOTION TO MODIFY THIRD-PARTY SUBPOENA

COMES NOW, AQMI Strategy Corporation ("AQMI"), by and through its undersigned counsel, and moves to withdraw its objections to and Motion to Modify Third-Party Subpoena issued by the plaintiffs, Kenneth A. Hendricks, Diane M. Hendricks, and Amfinity Capital, LLC (collectively "Plaintiffs"), and in support states:

    1.    Plaintiffs served a private mailbox of AQMI with a third-party subpoena for production of documentary evidence (the "Subpoena") on or about November 5, 2007.

    2.    The Subpoena demanded that AQMI produce the requested documents by November 20, 2007.

    3.    AQMI filed its objections to and Motion to Modify the Subpoena on or about November 20, 2007, alleging that the Subpoena was not properly served and that it did not allow sufficient time for AQMI to properly respond. *See* Doc. No. 53.

4. The parties have reached an agreement so as to allow a reasonable period of time for AQMI's response to the Subpoena, thus obviating the need for the Court's modification of the Subpoena.

5. A district court is entitled to broad discretion in managing pretrial discovery matters. *See Klay v. All Defendants*, 425 F.3d 977, 981 (11th Cir. 2005).

6. Pursuant to Local Rule 3.01(g), counsel for AQMI has conferred with counsel for Plaintiffs and Plaintiffs do not oppose the relief sought herein.

WHEREFORE, AQMI Strategy Corporation respectfully withdraws its previously-filed Motion to Modify Third-Party Subpoena.

Respectfully submitted,

s/ Aaron C. Bates
By: Counsel for AQMI Strategy Corporation

**Of Counsel:**

| | |
|---|---|
| Aaron C. Bates, Esq.<br>GOLDBERG BATES, PLLC<br>Florida Bar No. 011749<br>3660 Maguire Boulevard<br>Suite 102<br>Orlando, FL  32803<br>Telephone: (407) 893-3776<br>Facsimile: (407) 893-3779<br>abates@goldbergbates.com | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4th, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

s/ Aaron C. Bates
Aaron C. Bates

## SERVICE LIST

LEO AND ASSOCIATES
Morris J. Brooks, Jr., Esq.
200 Randolph Avenue
Suite 200
Huntsville, AL 35801
(256) 539-6000
(256) 539-6024 – Facsimile
mbrooks@leo-law.com

Trial Counsel for Plaintiffs

BAVOL JUDGE, P.A.
William J. Judge, Jr., Esq.
Florida Bar # 426296
Post Office Box 1440
Tampa, FL 33601-1440
(813) 221-7111
(813) 221-7112 – Facsimile
BillJudge@BavolJudge.com

Attorneys for Presidion Corporation, Craig A. Vanderburg and James E. Baiers

MATEER & HARBERT, P.A.
Kurt E. Thalwitzer
Florida Bar # 816299
John Hanebrink
Florida Bar # 001010
220 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, FL 32802-2854
(407) 425-9044
(407) 423-2016 – Facsimile

Attorneys for Presidion Solutions, Inc. and Wellington Capital Group, Inc. (Third-Party Records Custodian)

BARNETT, BOLT, KIRKWOOD, LONG & MCBRIDE
Charles A. Carlson, Esq.
Florida Bar # 716286
Post Office Box 3287
Tampa, FL 33601-3287
(813) 253-2020
(813) 251-6711 – Facsimile
ccarlson@barnettbolt.com

Local Counsel for Plaintiffs

BALCH & BINGHAM LLP
J. Russ Campbell
Florida Bar No. 901423
1710 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 226-3438
Facsimile: (205) 488-5859
rcampbell@balch.com

Attorney for Mirabilis Ventures, Inc.

GOLDBERG BATES, PLLC
Aaron C. Bates, Esq.
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL 32803
Telephone: (407) 893-3776
Facsimile: (407) 893-3779
abates@goldbergbates.com

Attorney for Mirabilis Ventures, Inc. and AQMI Strategy Corporation (Third-Party Records Custodian)

John Burcham, II,
34 Isla Bahia Drive
Ft. Lauderdale, FL 33316
(954)270-9900

*Pro Se* Defendant