IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH A. HENDRICKS,
DIANE M. HENDRICKS, &
AMFINITY CAPITAL, LLC,
    Plaintiffs,

v.

Case No. 8:07-cv-661-T17EAJ

MIRABILIS VENTURES, INC., PRESIDION
CORPORATION, PRESIDION SOLUTIONS,
INC., CRAIG A. VANDERBURG, JAMES
E. BAEIERS, AND JOHN W. BURCHAM, II,
    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, PRESIDION SOLUTIONS, INC.

Mateer & Harbert, P.A. respectfully moves the Court for leave to withdraw as counsel for Defendant, Presidion Solutions, Inc., and as grounds therefor would show the Court:

1. The client has substantially failed to fulfill its obligations to its attorneys, Mateer & Harbert, P.A., regarding the lawyer's services, and has been given reasonable warning that the lawyer will withdraw unless the obligations have been fulfilled.

2. Defendant's last known address is c/o Jodi Jaiman, AQMI Strategy Corporation, 3660 Maguire Blvd., Suite 103, Orlando, Florida 32803.

3. Further notices should be served on Presidion Solutions, Inc. at c/o Jodi Jaiman, AQMI Strategy Corporation, 3660 Maguire Blvd., Suite 103, Orlando, Florida 32803.

WHEREFORE, the undersigned requests an Order allowing Mateer & Harbert, P.A. to withdraw as attorney for the Defendant, Presidion Solutions, Inc.

/s/ *Kurt E. Thalwitzer*
KURT E. THALWITZER
Florida Bar Number 816299
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
Attorneys for Presidion Solutions, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties named on the attached Service List and furnished a true and correct copy of the foregoing by U.S. Mail to Presidion Solutions, Inc. c/o Jodi Jaiman, AQMI Strategy Corporation, 3660 Maguire Blvd., Suite 103, Orlando, Florida 32803.

/s/ *Kurt E. Thalwitzer*
KURT E. THALWITZER

## SERVICE LIST

LEO AND ASSOCIATES
Morris J. Brooks, Jr., Esq.
200 Randolph Avenue
Suite 200
Huntsville, Alabama 35801
(256) 539-6000
(256) 539-6024 - Facsimile
mbrooks@leo-law.com
Trial Counsel for Plaintiffs

BARNETT, BOLT, KIRKWOOD
LONG & MCBRIDE
Charles A. Carlson, Esq.
Florida Bar # 716286
Post Office Box 3287
Tampa, Florida 33601-3287
(813) 253-2020
(813) 251-6711-Facsimile
ccarlson@barnettbolt.com
Local Counsel for Plaintiffs

BAVOL JUDGE, P.A.
William J. Judge Jr., Esq.
Florida Bar # 426296
Post Office Box 1440
Tampa, FL 33601-1440
(813) 221-7111
(813) 221-7112 – Facsimile
BillJudge@BavolJudge.com
Attorneys for Presidion Corporation, Craig A. Vanderberg and James E. Baiers

J. SCOTT GUNN, P.A.
J. Scott Gunn, Esq.
Florida Bar # 984035
Bank of America Tower
1 Financial Plaza, Suite 2500
Ft. Lauderdale, FL 33394-0002
(954) 462-1323
(954) 462-1335 – Facsimile
scott@jscottgunn.com
Attorneys for John W. Burcham II

GOLDBERG BATES, PLLC
Aaron C. Bates, Esq.
Florida Bar # 11749
3660 Maguire Blvd., Suite 102
Orlando, FL 32803
(407) 517-7779
(407) 454-5102
abates@batesmokwa.com
Attorney for Mirabilis Ventures, Inc.

H:\Thalwitzer, K\Presidion Solutions, Inc\Hendricks, Kenneth A & Diane M - Amfinity Capital, LLC\Pleadings Draft\Withdraw mot.doc