IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH A. HENDRICKS,
DIANE M. HENDRICKS, and
AMFINITY CAPITAL, LLC,

      Plaintiffs,

vs.                                    CASE NO.: 8:07-CV-661-T-17EAJ

MIRABILIS VENTURES, INC.,
PRESIDION CORPORATION,
PRESIDION SOLUTIONS, INC.
CRAIG A. VANDERBURG,
JAMES E. BAIERS, and
JOHN W. BURCHAM, II,

      Defendants.
_____

## SUGGESTION OF PENDENCY OF BANKRUPTCY PROCEEDING

COMES NOW the Defendant, Mirabilis Ventures, Inc., a Nevada corporation (the "Debtor"), by and through its undersigned counsel, and suggests to this Court and all parties that the Debtor has filed for protection under the United States Bankruptcy Code, 11 U.S.C. § 101, et seq., styled *In Re: Mirabilis Ventures, Inc.,* Case No. 6:08-bk-04327, which was filed on the 27th day of May, 2008, in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. As a result, this action is stayed as to the Debtor, pursuant to 11 U.S.C. § 362.

Dated this 2nd day of June, 2008.

Respectfully submitted,

s/ Aaron C. Bates
_____
By: Counsel for Defendant Mirabilis Ventures, Inc.

**Of Counsel:**

Aaron C. Bates, Esq.
Bates Mokwa, PLLC
Florida Bar No. 011749
3660 Maguire Boulevard
Suite 102
Orlando, FL 32803
Telephone: (407) 893-3776
Facsimile: (407) 893-3779
abates@batesmokwa.com

J. Russ Campbell
BALCH & BINGHAM LLP
Florida Bar No. 901423
1710 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 226-3438
Facsimile: (205) 488-5859
rcampbell@balch.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties named on the attached Service List of in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

Aaron C. Bates
s/ Aaron C. Bates

## SERVICE LIST

LEO AND ASSOCIATES
Morris J. Brooks, Jr., Esq.
200 Randolph Avenue
Suite 200
Huntsville, AL 35801
(256) 539-6000
(256) 539-6024 – Facsimile
mbrooks@leo-law.com

Trial Counsel for Plaintiffs

BAVOL JUDGE, P.A.
William J. Judge, Jr., Esq.
Florida Bar # 426296
Post Office Box 1440
Tampa, FL 33601-1440
(813) 221-7111
(813) 221-7112 – Facsimile
BillJudge@BavolJudge.com

Attorneys for Presidion Corporation, Craig A.
Vanderburg and James E. Baiers

MATEER & HARBERT, P.A.
Kurt E. Thalwitzer
Florida Bar # 816299
220 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, FL 32802-2854
(407) 425-9044
(407) 423-2016 – Facsimile

Attorneys for Presidion Solutions, Inc.

BARNETT, BOLT, KIRKWOOD, LONG &
MCBRIDE
Charles A. Carlson, Esq.
Florida Bar # 716286
Post Office Box 3287
Tampa, FL 33601-3287
(813) 253-2020
(813) 251-6711 – Facsimile
ccarlson@barnettbolt.com

Local Counsel for Plaintiffs

LATHAM, SHUKER, EDEN &
BEAUDINE, LLP
Elizabeth Green, Esq.
390 N. Orange Ave., Suite 600
Orlando, FL 32801
(407) 481-5827
(407) 481-5801 – Facsimile
egreen@lseblaw.com

Counsel for Debtor

John Burcham, II,
34 Isla Bahia Drive
Ft. Lauderdale, FL 33316
(954)270-9900

*Pro Se* Defendant