IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH A. HENDRICKS,
DIANE M. HENDRICKS, &
AMFINITY CAPITAL, LLC,
    Plaintiffs,

Case No. 8:07-cv-661-T17EAJ

v.

MIRABILIS VENTURES, INC., PRESIDION
CORPORATION, PRESIDION SOLUTIONS,
INC., CRAIG A. VANDERBURG, JAMES
E. BAEIERS, AND JOHN W. BURCHAM, II,
    Defendants.
_____/

### NOTICE OF NEW ADDRESS FOR PRESIDION SOLUTIONS, INC. AND NOTICE OF SERVICE OF ORDER ON PRESIDION SOLUTIONS, INC.

    After filing its Motion to Withdraw as Counsel for Defendant, Presidion Solutions, Inc., the undersigned was advised that Presidion Solutions, Inc. is now located at c/o Frank Amodeo, 2875 South Orange Avenue, Suite 500, PMB 1810, Orlando, Florida 32801 and served a copy of the Order on Motion to Withdraw as Counsel for Defendant, Presidion Solutions, Inc., on Presidion Solutions, Inc. with this notice.

    Dated: June 5, 2008

    /s/ Kurt E. Thalwitzer
KURT E. THALWITZER
Florida Bar Number 816299
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
kthalwitzer@mateerharbert.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties named on the attached Service List and sent a copy of the foregoing by U.S. Mail to Presidion Solutions, Inc., c/o Frank Amodeo, 2875 South Orange Avenue, Suite 500, PMB 1810, Orlando, Florida 32801 and Presidion Corporation, 101 W. Big Beaver Road, Troy, Michigan 48084; Craig Vanderburg, 6689 Orchard Lake Road, Suite 283, West, Bloomfiled, MI 48322 and James Baiers, Clark Hill PLLC, 500 Woodward Ave., Suite 3500, Detroit, MI 48226-3435.

    /s/ Kurt E. Thalwitzer
KURT E. THALWITZER

**SERVICE LIST**

LEO AND ASSOCIATES
Morris J. Brooks, Jr., Esq.
200 Randolph Avenue
Suite 200
Huntsville, Alabama 35801
(256) 539-6000
(256) 539-6024 - Facsimile
mbrooks@leo-law.com
Trial Counsel for Plaintiffs

BARNETT, BOLT, KIRKWOOD
LONG & MCBRIDE
Charles A. Carlson, Esq.
Florida Bar # 716286
Post Office Box 3287
Tampa, Florida  33601-3287
(813) 253-2020
(813) 251-6711-Facsimile
ccarlson@barnettbolt.com
Local Counsel for Plaintiffs

GOLDBERG BATES, PLLC
Aaron C. Bates, Esq.
Florida Bar # 11749
3660 Maguire Blvd., Suite 102
Orlando, FL 32803
(407) 517-7779
(407) 454-5102
abates@batesmokwa.com
Attorney for Mirabilis Ventures, Inc.

J. SCOTT GUNN, P.A.
J. Scott Gunn, Esq.
Florida Bar # 984035
Bank of America Tower
1 Financial Plaza, Suite 2500
Ft. Lauderdale, FL 33394-0002
(954) 462-1323
(954) 462-1335 – Facsimile
scott@jscottgunn.com
Attorneys for John W. Burcham II