```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION
```

DIANE M. HENDRICKS and AMFINITY
CAPITAL, LLC,

      Plaintiffs,

v.                                  Case No.   8:07-cv-661-T-33EAJ

MIRABILIS VENTURES, INC., et al.,

      Defendants.
_____/

## ORDER

This matter comes before the Court upon Defendant Mirabilis Ventures, Inc.'s Suggestion of Pendency of Bankruptcy Proceeding (Doc. # 73), filed on June 2, 2008. On May 27, 2008, Defendant filed a petition for bankruptcy in the United States Bankruptcy Court for the Middle District of Florida, Case No. 6:08-bk-04327. (Doc. # 73 at 1.) Pursuant to 11 U.S.C. § 362(a), the filing of the petition acts as an automatic stay of any judicial proceedings against the debtor that seeks to recover a claim that arose before the bankruptcy filing.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) These proceedings are **STAYED** as to Defendant Mirabilis Ventures, Inc.

(2) Plaintiff is directed to provide a status report regarding Defendants' bankruptcy proceedings on September 3, 2008, and

every sixty (60) days thereafter.

(3) This Court's ruling is **DEFERRED** as to Plaintiffs' Motion to Dismiss Defendant Mirabilis's Counterclaims and to Strike Affirmative Defenses (Doc. # 51) as a result of the pending bankruptcy proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of August 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record