UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


KENNETH A. HENDRICKS, et al.
      Plaintiffs,

                                   Case No. 8:07-cv-661-VMC-AEP

v.

MIRABILIS VENTURES, INC., et al.
      Defendants.
_____/


### PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES AND SUPPORTING MEMORANDUM OF LAW

Pursuant to Fed. R. Civ. P. 25(c), plaintiffs, Diane M. Hendricks and Amfinity Capital, LLC, move this Honorable Court for entry of an Order substituting Diane M. Hendricks, as Trustee of The Kenneth A. and Diane M. Hendricks Irrevocable Trust (the "Trust") in the place and stead of Diane M. Hendricks, as Personal Representative of the Estate of Kenneth A. Hendricks (the "Estate"), as party plaintiff herein.  Pursuant to Rule 3.01(a), M. D. Fla. Rules, plaintiff submits the accompanying Memorandum of Law.

### MEMORANDUM OF LAW

On April 16, 2007, plaintiffs, Kenneth A. Hendricks, Diana M. Hendricks and Amfinity Capital, LLC filed their Complaint in the above styled action.  On December 21, 2007, plaintiff, Kenneth A. Hendricks, died.  On or about February 19, 2008, Diane M. Hendricks, plaintiff and wife of the decedent, was appointed as the Personal Representative of the Estate of Kenneth A. Hendricks, Deceased by the Probate Court in and for Rock County, Wisconsin.  On March 5, 2008, plaintiffs filed a Suggestion of Death.  On March 27, 2008, Diane M. Hendricks, as Personal Representative of the Estate of Kenneth A. Hendricks was substituted as party plaintiff.

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, "[I]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). Further, [I]f an interest is transferred, the action may be continue … unless the court, on motion, orders the transferee to be substituted … ." Fed. R. Civ. P. 25(c).

Pursuant to the Will, the interests, assets and property of the Estate pour over into The Trust.  In order to finalize the Estate and close the probate action styled, *In Re: The Estate of Kenneth A. Hendricks,* pending in the Probate Court, Wisconsin Circuit Court in and for Rock County, Wisconsin, Case Number 2008PR00011, it is necessary to substitute the Trust for the Estate as party plaintiff.  The Trust is in fact the real party in interest and no prejudice will result to any party from the granting of this motion. Accordingly, plaintiffs respectfully request that Diane M. Hendricks as Trustee of The Kenneth A. and Diane M. Hendricks Irrevocable Trust, be substituted as a party plaintiff in the matter in the place of the Trust.

Pursuant to Local Rule 3.01(g), counsel for plaintiffs has forwarded copies of this motion of opposing counsel and *pro se* defendants for comment and/or approval and received no response.

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD, LONG & MCBRIDE

s/ Charles A. Carlson
Charles A. Carlson, Esq.
Florida Bar # 716286
601 Bayshore Boulevard, Suite 700
Tampa, Florida 33606
813-253-2020
813-251-6711 – Facsimile
CCarlson@barnettbolt.com

Florida Counsel for the Plaintiffs

And

2

Morris J. "Mo" Brooks, Jr.
LEO & BROOKS, LLC
200 Randolph Ave., Suite 200
Huntsville, AL  35801
256-539-6000
256-539-6024 - Facsimile

mbrooks@leo-law.com

Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Aaron C. Bates, Esq.
Bates Mokwa, PLLC
126 East Jefferson Street
Orlando, FL 32801
407-892-3776
407-893-3779 - Facsimile
abates@goldbergbates.com
Attorneys for Mirabilis Ventures, Inc.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via U. S. Mail to Presidion Corporation, *pro se,* 101 W. Big Beaver Road, Suite 1400, Troy, Michigan 48084; Presidion Solutions, Inc., *pro se,* c/o Frank Amodeo, 2875 South Orange Avenue, Suite 500, PMB 1810, Orlando, Florida 32806; and Mr. John W. Burcham, II, *pro se,* 34 Isla Bahia Drive, Ft. Lauderdale, Florida  33316; on this 11th day of August, 2009.

s/ Charles A. Carlson
Attorney

bbkldocs-#410195-v1-motion_to_substitute_trust_for_estate