UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


KENNETH A. HENDRICKS, et al.
        Plaintiffs,

                                          Case No. 8:07-cv-661-VMC-AEP

v.

MIRABILIS VENTURES, INC., et al.
        Defendants.
_____/

## PLAINTIFF'S SEVENTH STATUS REPORT

In compliance with this Court's Order of August 22, 2008, plaintiffs, Diane M. Hendricks, et al., advises that plaintiffs are continuing to evaluate whether they have viable claims against, Mirabilis sister company, AEM, Inc., which has also filed for bankruptcy protection in the U. S. Bankruptcy County, Middle District of Florida, Orlando Division.  However, it does not appear that any of this activity will have an impact on the status of the stay as it relates to this pending district court action.

                                          Respectfully submitted,

2

BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE

s/ Charles A. Carlson
Charles A. Carlson, Esq.
Florida Bar # 716286
601 Bayshore Boulevard, Suite 700
Tampa, Florida 33606
813-253-2020
813-251-6711 – Facsimile
CCarlson@barnettbolt.com

Florida Counsel for the Plaintiffs

And

Morris J. "Mo" Brooks, Jr.
LEO & BROOKS, LLC
200 Randolph Ave., Suite 200
Huntsville, AL  35801
256-539-6000
256-539-6024 - Facsimile
mbrooks@leo-law.com

Trial Counsel for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 28th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:


Aaron C. Bates, Esq.                          J. Russ Campbell, Esq.
Bates Mokwa, PLLC                            Balch & Bingham LLP
126 East Jefferson Street                      1710 Sixth Avenue North
Orlando, FL 32801                             Birmingham, Alabama  35203
407-892-3776                                 205-226-3438
407-893-3779 - Facsimile                      205-488-5859 - Facsimile
abates@batesmokwa.com                        rcampbell@balch.com
Attorneys for Mirabilis Ventures, Inc.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via U. S. Mail to Presidion Corporation, *pro se,* 101 W. Big Beaver Road, Suite 1400, Troy, Michigan 48084; Presidion Solutions, Inc., *pro se,* c/o Frank Amodeo, 2875 South Orange Avenue, Suite 500, PMB 1810, Orlando, Florida 32801; and Mr. John W. Burcham, II, *pro se,* 34 Isla Bahia Drive, Ft. Lauderdale, Florida  33316; on this 28th day of August, 2009.

                                        s/ Charles A. Carlson
                                            Attorney

bbkldocs-#414791-v1-status_report_7

3