UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE M. HENDRICKS and AMFINITY
CAPITAL, LLC,
      Plaintiff,

                                      CASE NO:  8:07-cv-00661-33AEP

v.

MIRABILIS VENTURES, INC., et al.
      Defendants.
_____/

**STIPULATION FOR VOLUNTARY DISMISSAL
OF AMENDED COMPLAINT AND COUNTERCLAIM WITH PREJUDICE
AS TO PLAINTIFFS AND MIRABILIS VENTURES, INC. AND
MOTION FOR ORDER OF DISMISSAL AS TO REMAINING DEFENDANTS**

Defendant, Mirabilis Ventures, Inc. (hereinafter "Mirabilis") filed its Suggestion of Bankruptcy in the instant action (Dkt. 73) on June 2, 2008 and pursuant to 11 U.S.C. § 362(a), this Honorable Court entered an order staying this action on August 22, 2008 (Dkt. 86).  The undersigned counsel, R. Scott Shuker, is counsel of record for Mirabilis in the bankruptcy proceedings pending in the United States Bankruptcy Court for the Middle District of Florida, Case No. 6:08-04327.

In conjunction with the bankruptcy proceedings plaintiffs, Diane Hendricks, individually, and as Trustee of the Kenneth A. and Diane M. Hendricks Irrevocable Trust Agreement, and Amfinity Capital, LLC, and defendant, Mirabilis, have resolved their disputes.  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs and Mirabilis hereby stipulate to dismissal of all claims and counterclaims filed in the captioned matter with prejudice, each party to bear its own costs and attorney fees.

In addition, plaintiffs and defendant, John W. Burcham, II, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to dismissal of all claims and counterclaims filed in the captioned matter with prejudice, each party to bear its own costs and attorney fees.

Finally, Presidion Corporation and Presidion Solutions, Inc. (collectively the "Presidion defendants") also remain as defendants in the case.  Counsel for the Presidion defendants was permitted to withdraw from this matter many, many months ago.   Due to the Presidion defendants' failure to secure substitute counsel, this Honorable Court struck motions filed by Presidion Solutions, Inc. and invited plaintiffs to move for default against the Presidion defendants (Dkt. 91).  Accordingly, it is plain that the Presidion defendants have abandoned their defense in this matter.  Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiffs' request that this Court enter an Order of dismissal as to the Presidion defendants, directing that each party bear its own costs and attorney's fees.

WHEREFORE, Plaintiffs, Mirabilis Ventures, Inc. and John Burcham, *pro se*, respectfully request that this Honorable Court enter its order and judgment dismissing this case with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE

s/Charles A. Carlson/                              .
Charles A. Carlson, Esq.
Florida Bar No. 716286
601 Bayshore Blvd., Suite 700
Tampa, FL 33602-3287
(813) 253-2020
(813) 251-6711 – Facsimile
Email:  CCarlson@barnettbolt.com

Local Counsel for Plaintiffs

LATHAN SHUKER EDEN &
BEAUDINE, LLP

s/R. Scott Shuker                              .
R. Scott Shuker, Esq.
Florida Bar # 984469
390 North Orange Avenue, Suite 600
Orlando, FL 32801
(407) 481-5880
(407) 481-5801
rshuker@lseblaw.com

Attorneys for Mirabilis Ventures, Inc.

And

LEO AND ASSOCIATES                                 BATES MOKWA, PLLC
Morris J. Brooks, Jr., Esq.
200 Randolph Avenue
Suite 200                                          s/Aaron C. Bates                        .
Huntsville, Alabama 35801                          Aaron C. Bates, Esq.
(256) 539-6000                                     Florida Bar # 11749
(256) 539-6024 - Facsimile                         126 East Jefferson Street
Email:  MBrooks@leo-law.com                        Orlando, FL 32801
                                                   407-892-3776
Trial Counsel for Plaintiffs                       407-893-3779 – Facsimile

                                                   abates@batesmokwa.com


                                                   s/John W. Burcham                      .
                                                   John W. Burcham, *Pro Se*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 9th day of November, 2009, I electronically filed the
foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of
electronic filing to the following:

J. Russ Campbell, Esq.
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, Alabama  35203
205-226-3438
205-488-5859 - Facsimile
rcampbell@balch.com

Attorneys for Mirabilis Ventures, Inc.

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished via U. S. Mail
to Presidion Corporation, *pro se,* 101 W. Big Beaver Road, Suite 1400, Troy, Michigan 48084;
and Presidion Solutions, Inc., *pro se,* c/o Frank Amodeo, 2875 South Orange Avenue, Suite 500,
PMB 1810, Orlando, Florida 32801 on this 9th day of November, 2009.

                                                   s/ Charles A. Carlson                  .
                                                            Attorney